IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL PIZZA,

    Plaintiff,

  v.

FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC.,

    Defendant.
_____/

No. C-13-0688 MMC

**ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPY OF COMPLAINT**

On March 26, 2013, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the instant matter, the Court hereby DIRECTS plaintiff to submit forthwith a chambers copy of the complaint, filed February 14, 2013.

**IT IS SO ORDERED.**

Dated: April 1, 2013

                            MAXINE M. CHESNEY
                            United States District Judge