IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL PIZZA,

        Plaintiff,

  v.

FINANCIAL INDUSTRY REGULATORY
AUTHORITY, INC.,

        Defendant.

_____/

No. C-13-0688 MMC

**ORDER DIRECTING PLAINTIFF TO
SUBMIT CHAMBERS COPY OF
COMPLAINT**

On March 26, 2013, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the instant matter, the Court hereby DIRECTS

plaintiff to submit forthwith a chambers copy of the complaint, filed February 14, 2013.

**IT IS SO ORDERED.**

Dated:  April 1, 2013

MAXINE M. CHESNEY
United States District Judge

United States District Court

For the Northern District of California