**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   DANIEL PIZZA,                              No. C-13-0688 MMC

12           Plaintiff,                         **ORDER DIRECTING PLAINTIFF TO
                                                 SUBMIT CHAMBERS COPY OF
13     v.                                        DOCUMENTS IN COMPLIANCE WITH
                                                 CIVIL LOCAL RULES AND THE
14   FINANCIAL INDUSTRY REGULATORY               COURT'S STANDING ORDERS**
     AUTHORITY, INC.,
15
             Defendant.
16
     _____/
17

18         On April 11, 2013, plaintiff electronically filed his opposition to defendant's motion to

19   dismiss.  Plaintiff has violated the Civil Local Rules of this District and the Court's Standing

20   Orders, however, by failing "to provide for chambers a paper copy of each document that is

21   electronically filed . . . marked 'Chambers Copy'."  See Civil L.R. 5-1(e)(7); see also

22   Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

23         Plaintiff is hereby ORDERED to comply with Civil Local Rule 5-1(e)(7) and the

24   Court's Standing Orders by immediately submitting a chambers copy of the above-

25   referenced document.  Plaintiff is hereby advised that if he fails in the future to comply with

26   the Court's Standing Orders to provide a chambers copy of each electronically-filed

27   document, the Court may impose sanctions, including, but not limited to, striking from the

28   record any electronically-filed document of which a chambers copy has not been timely

1    provided to the Court.

2        **IT IS SO ORDERED.**

3

4    Dated:  April 19, 2013

MAXINE M. CHESNEY
United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28