WHITE & REED LLP
Michael R. White (SBN 91148)
white@whitereed.com
James S. Reed (SBN 165316)
5757 W. Century Boulevard, Suite 700
Los Angeles, CA 90045
Telephone:    (310) 843-9065
Facsimile:    (310) 843-9064

Attorneys for Plaintiff
DANIEL PIZZA

SEYFARTH SHAW LLP
Nick C. Geannacopulos (SBN 114822)
ngeannacopulos@seyfarth.com
Sarah K. Hamilton (SBN 238819)
shamilton@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California  94105
Telephone:    (415) 397-2823
Facsimile:    (415) 397-8549

Attorneys for Defendant
FINANCIAL INDUSTRY REGULATORY
AUTHORITY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL PIZZA,<br><br>            Plaintiff,<br><br>     v.<br><br>FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC.,<br><br>            Defendant. | Case No. C-13-0688-MMC<br><br>**STIPULATED REQUEST TO CONTINUE EARLY MEDIATION DEADLINE; [PROPOSED] ORDER**<br><br>Judge:    Honorable Judge Maxine M. Chesney |

     Pursuant to Local Rule 6-2, Plaintiff Daniel Pizza ("Plaintiff") and Defendant Financial Industry Regulatory Authority ("Defendant") (collectively "the Parties") through their respective counsel stipulate and agree as follows:

     1.    Plaintiff filed his original Complaint on February 14, 2013, after which Defendant

1  filed a motion to dismiss.

2      2.    On May 6, 2013, the Court granted Defendant's motion to dismiss with leave for Plaintiff to file a First Amended Complaint by May 27, 2013. (Docket 24, page 7-8) In its Order, the Court also moved the Case Management Conference, which was previously set for May 24, 2013 to July 12, 2013.

    3.    Pursuant to the Court's May 6, 2013 Stipulation and Order Selecting ADR Process (Docket 23), the Parties' early mediation deadline is currently set for August 4, 2013, "unless otherwise ordered."

    4.    With the filing of an amended complaint and the continued CMC, the Parties are only now beginning discovery in this matter.

    5.    Counsel for both Parties have met and conferred, and agreed that it would be in the Parties' and the Court's interest to continue the Early Mediation Deadline to allow the parties to engage in necessary discovery.

    6.    The Parties request that the early mediation deadline, currently set as August 4, 2013, be continued until October 4, 2013, while the Parties engage in preliminary discovery.

    7.    There have been no previous requests for an extension of the mediation deadline by either party and the later mediation deadline of October 4, 2013 will not have any impact on any court imposed deadlines.

THEREFORE, the parties hereto stipulate and agree, and request, that the Court enter an Order continuing the deadline to conduct private mediation from August 4, 2013 to October 4, 2013.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | DATED: July 2, 2013 | SEYFARTH SHAW LLP |
| 2 | | |
| 3 | | By:   /s/ Sarah K. Hamilton |
| 4 | | Nick C. Geannacopulos<br>Sarah K. Hamilton |
| 5 | | Attorneys for Defendant<br>FINANCIAL INDUSTRY REGULATORY<br>AUTHORITY, INC. |

DATED: July 2, 2013                               WHITE & REED LLP


By   /s/ Michael R. White
    Michael R. White
Attorneys for Plaintiff
DANIEL PIZZA


**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Sarah K. Hamilton, attest that concurrence in the filing of this document has been obtained from the signatory Michael R. White.

Executed this 2nd day of July, 2013 in San Francisco, California.

By:  /s/ Sarah K. Hamilton
    Nick C. Geannacopulos
    Sarah K. Hamilton

# [PROPOSED] ORDER

Good cause appearing and pursuant to the parties' above stipulation, the Court GRANTS the parties' request to extend the deadline to complete the mediation in this matter.

The deadline for the parties to complete mediation in this matter is extended to October 4, 2013.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  July 3                         , 2013

_____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

15830813v.1