1  WHITE & REED LLP
   Michael R. White (SBN 91148), white@whitereed.com
2  James S. Reed (SBN 165316)
   5757 W. Century Boulevard, Suite 700
3  Los Angeles, CA 90045
   Telephone:    (310) 843-9065
4  Facsimile:    (310) 843-9064

5  John R. Strawn, Jr. Bar # 19374100
   Andrew Pickens, Bar # 15971900
6  STRAWN PICKENS, LLP
   Pennzoil Place, South Tower
7  711 Louisiana, Suite 1859
   Houston, Texas 77002
8  Telephone:    (713) 659-9600
   Facsimile:    (713) 659-9601
9
   Attorneys for Plaintiff
10 DANIEL PIZZA

11 SEYFARTH SHAW LLP
   Nick C. Geannacopulos (SBN 114822)
12 ngeannacopulos@seyfarth.com
   Sarah K. Hamilton (SBN 238819)
13 shamilton@seyfarth.com
   Emily E. Barker (SBN 275166)
14 ebarker@seyfarth.com
   560 Mission Street, 31st Floor
15 San Francisco, California 94105
   Telephone:    (415) 397-2823
16 Facsimile:    (415) 397-8549

17 Attorneys for Defendant
   FINANCIAL INDUSTRY REGULATORY
18 AUTHORITY, INC.

19                   UNITED STATES DISTRICT COURT

20                   NORTHERN DISTRICT OF CALIFORNIA

21

22 | DANIEL PIZZA,                          | Case No. C-13-0688-MMC                              |
   |                                        | ORDER APPROVING                                     |
23 |         Plaintiff,                     | **JOINT STIPULATION** ~~AND~~                       |
   |                                        | ~~[PROPOSED] ORDER~~ **TO EXTEND**                  |
24 |    v.                                  | **DISCOVERY AND DISPOSITIVE**                       |
   |                                        | **MOTION DEADLINES**                                |
25 | FINANCIAL INDUSTRY REGULATORY          |                                                     |
   | AUTHORITY, INC.,                       | Judge:    Honorable Judge Maxine M.                 |
26 |                                        |           Chesney                                   |
   |         Defendant.                     |                                                     |
27

28

1  Pursuant to Rules 6-1(b), 6-2, 7-12 and 16 of the Northern District Civil Local Rules, a
2  meet and confer session was held on November 8, 2013 between John R. Strawn, Jr. of Strawn
3  Pickens LLP, counsel for Plaintiff Daniel Pizza ("Plaintiff" or "Pizza") and Sarah K. Hamilton of
4  Seyfarth Shaw LLP, counsel for Defendant Financial Industry Regulatory Authority, Inc.
5  ("Defendant" or "FINRA") (collectively "the Parties"). The Parties submit the following
6  stipulation and [proposed] order regarding continuance of the discovery deadline.
7  **IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES TO THIS**
8  **ACTION,** through their counsel of record, as follows:
9  WHEREAS the discovery cut-off in this matter is currently November 15, 2013;
10  WHEREAS the deadline to file a discovery motion is currently November 15, 2013;
11  WHEREAS Plaintiff's counsel seeks to depose three additional witnesses in this matter,
12  to wit: Donald Lopezi, Kathleen Hart, and Deborah Pohlson;
13  WHEREAS Plaintiff's counsel is scheduled for trial in another matter the week of
14  November 11, 2013;
15  WHEREAS Plaintiff's counsel is currently preparing for said trial;
16  WHEREAS the parties agree that further discovery may be needed to develop Plaintiff's
17  claims and Defendant's defenses;
18  WHEREAS no other court-set deadlines will be affected by this stipulation and proposed
19  order;
20  WHEREAS there have been no previous extensions of the discovery cut-off or discovery
21  motion cut-off;
22  THE PARTIES TO HEREBY STIPULATE that the discovery cut-off be extended to
23  December 13, 2013;
24  THE PARTIES FURTHER STIPULATE that the deadline to file a discovery motion is
25  extended to December 13, 2013;
26  **IT IS SO STIPULATED**
27
28

2

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY AND DISPOSITIVE
MOTION DEADLINES
C-13-0688-MMC

DATED: November 12, 2013                SEYFARTH SHAW LLP

By:   /s/ Sarah K. Hamilton
     Nick C. Geannacopulos
     Sarah K. Hamilton
     SEYFARTH SHAW, LLP
     Attorneys for Defendant
     FINANCIAL INDUSTRY REGULATORY
     AUTHORITY, INC.


DATED: November 12, 2013                WHITE & REED LLP

By   /s/ John R. Strawn, Jr.
     John R. Strawn, Jr.
     STRAWN PICKENS, LLP
     Attorneys for Plaintiff
     DANIEL PIZZA


## **ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Sarah K. Hamilton, attest that concurrence in the filing of this document has been obtained from the signatory John R. Strawn, Jr.

Executed this 12th day of November, 2013 in San Francisco, California.

By:   /s/ Sarah K. Hamilton
     Nick C. Geannacopulos
     Sarah K. Hamilton

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY AND DISPOSITIVE
MOTION DEADLINES
C-13-0688-MMC

**ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, and finding good cause therein, IT IS HEREBY ORDERED that:

(1) the discovery cut-off be extended to December 13, 2013;

(2) that the deadline to file a discovery motion is extended to December 13, 2013;

Plaintiffs are directed to serve a copy of this Order at once on all parties to this action in accordance with the provisions of Rule 5 of the Federal Rules of Civil Procedure not enrolled in the e-filing program. Following service, the party causing the service shall file a certificate of service with the Clerk of Court.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: November 15, 2013

HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE

16430274v.1