WHITE & REED LLP
Michael R. White (SBN 91148), white@whitereed.com
James S. Reed (SBN 165316)
5757 W. Century Boulevard, Suite 700
Los Angeles, CA 90045
Telephone:   (310) 843-9065
Facsimile:   (310) 843-9064

John R. Strawn, Jr. Bar # 19374100
Andrew Pickens, Bar # 15971900
STRAWN PICKENS, LLP
Pennzoil Place, South Tower
711 Louisiana, Suite 1859
Houston, Texas 77002
Telephone:   (713) 659-9600
Facsimile:   (713) 659-9601

Attorneys for Plaintiff
DANIEL PIZZA

SEYFARTH SHAW LLP
Nick C. Geannacopulos (SBN 114822)
ngeannacopulos@seyfarth.com
Sarah K. Hamilton (SBN 238819)
shamilton@seyfarth.com
Emily E. Barker (SBN 275166)
ebarker@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California  94105
Telephone:   (415) 397-2823
Facsimile:   (415) 397-8549

Attorneys for Defendant
FINANCIAL INDUSTRY REGULATORY
AUTHORITY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL PIZZA,<br><br>            Plaintiff,<br><br>     v.<br><br>FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC.,<br><br>            Defendant. | Case No. C-13-0688-MMC<br>ORDER APPROVING<br>**JOINT STIPULATION** ~~AND [PROPOSED] ORDER~~ **TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES**<br><br>Judge:   Honorable Judge Maxine M. Chesney |

---

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY AND DISPOSITIVE
MOTION DEADLINES
C-13-0688-MMC

Pursuant to Rules 6-1(b), 6-2, 7-12 and 16 of the Northern District Civil Local Rules, a meet and confer session was held on November 8, 2013 between John R. Strawn, Jr. of Strawn Pickens LLP, counsel for Plaintiff Daniel Pizza ("Plaintiff" or "Pizza") and Sarah K. Hamilton of Seyfarth Shaw LLP, counsel for Defendant Financial Industry Regulatory Authority, Inc. ("Defendant" or "FINRA") (collectively "the Parties"). The Parties submit the following stipulation and [proposed] order regarding continuance of the discovery deadline.

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES TO THIS ACTION,** through their counsel of record, as follows:

WHEREAS the discovery cut-off in this matter is currently November 15, 2013;

WHEREAS the deadline to file a discovery motion is currently November 15, 2013;

WHEREAS Plaintiff's counsel seeks to depose three additional witnesses in this matter, to wit: Donald Lopezi, Kathleen Hart, and Deborah Pohlson;

WHEREAS Plaintiff's counsel is scheduled for trial in another matter the week of November 11, 2013;

WHEREAS Plaintiff's counsel is currently preparing for said trial;

WHEREAS the parties agree that further discovery may be needed to develop Plaintiff's claims and Defendant's defenses;

WHEREAS no other court-set deadlines will be affected by this stipulation and proposed order;

WHEREAS there have been no previous extensions of the discovery cut-off or discovery motion cut-off;

THE PARTIES TO HEREBY STIPULATE that the discovery cut-off be extended to December 13, 2013;

THE PARTIES FURTHER STIPULATE that the deadline to file a discovery motion is extended to December 13, 2013;

**IT IS SO STIPULATED**

| | | |
|---|---|---|
| 1 | DATED: November 12, 2013 | SEYFARTH SHAW LLP |
| 2 | | |
| 3 | | By: ___/s/ Sarah K. Hamilton_____ |
| 4 | | Nick C. Geannacopulos<br>Sarah K. Hamilton |
| 5 | | SEYFARTH SHAW, LLP<br>Attorneys for Defendant |
| 6 | | FINANCIAL INDUSTRY REGULATORY<br>AUTHORITY, INC. |
| 9 | DATED: November 12, 2013 | WHITE & REED LLP |
| 11 | | By___/s/ John R. Strawn, Jr._____ |
| 12 | | John R. Strawn, Jr.<br>STRAWN PICKENS, LLP |
| 13 | | Attorneys for Plaintiff<br>DANIEL PIZZA |

### **ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Sarah K. Hamilton, attest that concurrence in the filing of this document has been obtained from the signatory John R. Strawn, Jr.

Executed this 12th day of November, 2013 in San Francisco, California.

By: ____/s/ Sarah K. Hamilton___
Nick C. Geannacopulos
Sarah K. Hamilton

**ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, and finding good cause therein, IT IS HEREBY ORDERED that:

    (1)    the discovery cut-off be extended to December 13, 2013;

    (2)    that the deadline to file a discovery motion is extended to December 13, 2013;

Plaintiffs are directed to serve a copy of this Order at once on all parties to this action in accordance with the provisions of Rule 5 of the Federal Rules of Civil Procedure not enrolled in the e-filing program. Following service, the party causing the service shall file a certificate of service with the Clerk of Court.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: November 15, 2013

HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE

16430274v.1