IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA


DANIEL PIZZA,   NO. C-13-0688 MMC

      Plaintiff,   **AMENDED PRETRIAL PREPARATION ORDER**

  v.

FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC.,

      Defendant
_____/

It is hereby **ORDERED** pursuant to Federal Rules of Civil Procedure and the Local Rules of this Court:

COURT TRIAL DATE: Monday, August 25, 2014 at 9:00 a.m., Courtroom 7, 19th floor.

TRIAL LENGTH is estimated to be   Five (5)   days.

DISCOVERY PLAN: Per Federal Rules of Civil Procedure and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF :  December 13, 2013  , with the exception that the deadline to conduct depositions is January 31, 2014.

DESIGNATION OF EXPERTS:

    Plaintiff/Defendant: No later than   March 17, 2014  .
    Plaintiff/Defendant: Rebuttal no later than   April 7, 2014  .

    Parties shall conform to Federal Rule of Civil Procedure 26(a)(2).

EXPERT DISCOVERY CUTOFF :   April 28, 2014  .

-2-

DISCOVERY MATTERS are referred to a Magistrate Judge and are to be noticed for hearing before the assigned Magistrate Judge.

DISPOSITIVE MOTIONS shall be filed no later than   February 11, 2014  , and shall be noticed for hearing on Friday, March 21, 2014.

SETTLEMENT CONFERENCE shall be held before Magistrate Judge   N/A   and scheduled to take place no later than 30 days prior to the Pretrial Conference.

PRETRIAL CONFERENCE DATE:  August 12, 2014   at **3:00 p.m.**

> **COUNSEL WHO INTEND TO TRY THE CASE MUST ATTEND THE PRETRIAL CONFERENCE.**  Counsel shall be prepared to discuss all aspects of the case, including settlement.  Pretrial shall conform to the instructions attached to the Pretrial Preparation Order filed July 16, 2013.

MEET AND CONFER (Civil L.R. 16-10(b)(5)):  Lead trial counsel shall meet and confer no later than June 27, 2014.

FURTHER STATUS CONFERENCE:  Friday,  June 6, 2014 , at 10:30 a.m.

FURTHER STATUS CONFERENCE STATEMENT DUE: Friday,  May 30, 2014 .

ADDITIONAL ORDERS:

Deadline to file a discovery motion is February 11, 2014.

Case previously referred to private mediation.

DATED:  December 13, 2013

_____
MAXINE M. CHESNEY
United States District Judge