IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL PIZZA,<br><br>　　　　Plaintiff,<br>　v.<br><br>FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC.,<br><br>　　　　Defendant. | No. C-13-0688 MMC<br><br>**ORDER VACATING HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR SUMMARY ADJUDICATION; CONTINUING STATUS CONFERENCE** |

　　　Before the Court is defendant Financial Industry Regulatory Authority, Inc.'s "Motion for Summary Judgment or in the Alternative Summary Adjudication," filed February 25, 2014. Plaintiff Daniel Pizza has filed opposition, to which defendant has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for decision on the parties' respective written submissions, and VACATES the hearing scheduled for May 2, 2014.

　　　Further, in light of the Court's unavailability on June 6, 2014, the Further Status Conference is hereby CONTINUED to June 20, 2014, at 10:30 a.m. A Joint Status Report shall be filed no later than June 13, 2014.

　　　**IT IS SO ORDERED.**

Dated: April 30, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Maxine M. Chesney
　　　　　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge